IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-00991-WYD-KMT

HOSPICE OF METRO DENVER, INC., a Colorado corporation,

Plaintiff,

v.

HOSPICE OF LARIMER COUNTY, a Colorado corporation,

Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Joint Motion for Dismissal With Prejudice (docket #88), filed April 12, 2010. After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the joint motion should be granted and this matter should be **DISMISSED WITH PREJUDICE**. Accordingly, it is

ORDERED that the Joint Motion for Dismissal With Prejudice (docket #88) is **GRANTED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

Dated: April 12, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge